Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

*IT IS SO ORDERED*
*Judge Howard R. Lloyd*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD CHEN,** on behalf of himself and all others similarly situated, | Case No. 14-cv-03396-HRL |
| Plaintiff(s) | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **LSI CORPORATION; HEWLETT PACKARD COMPANY,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 19th day of November, 2014.

By:  s/Todd M. Friedman
 Todd M. Friedman, Esq.
 Law Offices of Todd M. Friedman, P.C.
 Attorney for Plaintiff

Notice of Dismissal - 1

1 | Filed electronically on this 19th day of November 2014, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 19th day of August, 2014, via the ECF system to:

Honorable Howard R. Lloyd
United States District Court
Northern District of California

Michael J. Stortz (SBN 139386)
DRINKER BIDDLE & REATH LLP
Attorneys for Defendant

This 19th day of November 2014.
By: s/Todd M. Friedman
    Todd M. Friedman